**MEMO ENDORSED**

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2021

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

July 26, 2021

Honorable Nelson S. Roman
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF AND EMAIL/PDF

Re: *United States v. Nicholas Skulstad*, 21 Cr. 309 (NSR)
Letter Motion for Adjournment of Conference

Dear Judge Roman:

I am retained to represent Mr. Skulstad, in the above matter. The case is scheduled for a telephonic status status conference for either July 27, 2021 at 3:00 pm or July 30, 2021 at 3:00 pm. Since the Government is about to disclose additional voluminous electronic discovery and there are additional ex examination(s) of the defendant that may be necessary based upon that additional discovery, I write to the Court to adjourn the conference for approximately 4 weeks in order to allow time for discovery review and for such exam(s). The Government has no objection to this application. If granted, I waive time under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) until the new status conference date is by the Court, pursuant to 18 U.S.C. §3161(h)(7)(A).

Thank you, Your Honor, for your consideration of this matter.

Deft's request to adjourn the telephonic Status Conf. from July 27, 2021 until Sept. 21, 2021 at 11:00 am or, alternatively, Sept. 22, 2021 at 11:00 am is granted without objection by the Gov't. Clerk of Court requested to terminate the motion (doc. 17).
Dated: July 29, 2021
 White Plains, NY

SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Elinor Tarlow (By ECF and Email/PDF)
 AUSA Samuel Adelsberg (By ECF and Email/PDF)