```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :
                    -v-                                          :         19-CR-309 (NSR)
                                                                 :
NICHOLAS SKULSTAD,                                               :         ORDER
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2021

Nelson S. Román, United States District Judge:

On November 12, 2021, U.S. Magistrate Judge Judith C. McCarthy held a second bail hearing in the above-captioned cause. After the hearing, Judge McCarthy granted Defendant Nicholas Skulstad bail and ordered his release from custody on Monday, November 15, 2021, to an intensive in-patient psychiatric program called Continuum Recovery Services, located in New Haven, Connecticut. (*See* ECF No. 26.)

On November 14, 2021, the Court received the Government's request via email seeking to stay Defendant's release pending *de novo* review of Judge McCarthy's release order. (ECF No. 28.) After reviewing the Government's request, its accompanying exhibits and transcript excerpts, as well Defendant's letter in opposition (ECF No. 27), the Court DENIES the Government's application to stay Defendant's release. The parties are further DIRECTED to prepare for argument on *de novo* review of the release order during the teleconference currently set on Thursday, November 18, 2021, at 3:00 p.m. (*See* ECF No. 22.) Moreover, Defendant's attendance to this Thursday's teleconference is <u>required.</u>

Dated: November 15, 2021
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE