**MEMO ENDORSED**

## TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

Deft's request to extend the briefing schedule deadlines is GRANTED without objection by the Gov't as follows: D's mov. papers shall be filed by Nov. 21, 2022; Govt's opp. papers shall be filed by Dec. 21, 2022; and D's reply papers shall be filed by Jan. 5, 2023. The Court further DIRECTS the Govt to file a proposed order for the exclusion of time under the Speedy Trial Act in accordance with the new briefing schedule by Oct. 13, 2022. The telephonic Status Conf. is adjourned from Nov. 1, 2022 until Feb. 1, 2023 at 10:00 am. The Clerk of the Court is directed to terminate the motion at ECF No. 51.

October 6, 2022

**Dated: White Plains, NY**
**Oct. 11, 2022**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re:  *USA v. Nicholas Skulstad*, 21 Cr. 309 (NSR)
     Second Letter Motion for Extension of Briefing Schedule

Dear Judge Roman:

The Court previously set a briefing schedule in this matter (ECF Doc No. 48) and defense suppression motions are due by October 10, 2022. The parties are engaged in substantive plea negotiations after my submission to the Government of the defendant's Forensic Psychiatric Report. I am cautiously optimistic the parties will reach a pretrial resolution of this case, avoiding the need for complex pretrial motions and potential hearings. I therefore write to the Court for an extension of the briefing schedule for approximately 6-8 weeks. This additional time requested will allow the parties to continue to review discovery and submissions and discuss a potential plea agreement.

The Government has no objection to this application. Should the Court grant this motion, I consent to the exclusion of Speedy Trial Time until the next pretrial conference date to be set by the Court in accordance with the new briefing schedule.

Thank you, Your Honor, for your consideration of this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/11/2022___

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Elinor Tarlow (By ECF and Email/PDF)
      AUSA Samuel Adelsberg (By ECF and Email/PDF)