

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 12, 2022

**BY ECF**
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Skulstad*, 21 Cr. 309 (NSR)

Dear Judge Roman:

    The Government respectfully writes in response to the Court's order, dated October 11, 2011, to provide a proposed order to exclude time in the above-captioned matter. (Dkt. 52). The Court previously excluded time in this case until November 23, 2022. (Dkt. 50). On October 11, 2022, the Court extended the deadlines for the parties' pretrial motions, which are now scheduled to be fully briefed by January 5, 2023, and set a status conference for February 1, 2023. (Dkt. 52).

    The Government, therefore, respectfully requests that time be excluded under the Speedy Trial Act from November 23, 2022 until February 1, 2023. *See* 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial by allowing the defendant to continue reviewing discovery and preparing pretrial motions. Defense counsel consents to this request. A proposed order for the exclusion of time is attached as Exhibit A.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    /s/
        Sam Adelsberg / Elinor L. Tarlow
        Assistant United States Attorneys
        (212) 637-2494 / 1036

Enclosure.

cc:    Defense Counsel (by ECF)