```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
                                                                 :
    UNITED STATES OF AMERICA,                                    :
                                                                 :    21-cr-309-NSR
                                                                 :
                        – v –                                    :    ORDER
                                                                 :
                                                                 :
    NICHOLAS SKULSTAD,                                           :
                                                                 :
                                        Defendant.               :
                                                                 :
---------------------------------------------------------------- X
```

NELSON S. ROMAN, United States District Judge:

      Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, SAMUEL ADELSBERG and ELINOR TARLOW, Assistant United States Attorneys, of counsel, and with the consent of NICHOLAS SKULSTAD, by and through his attorney, HOWARD TANNER, the Court finds that the ends of justice served by excluding time until February 1, 2023 outweigh the best interest of the public and the defendant in a speedy trial because it will allow the defendant and his counsel to continue to review discovery and file pretrial motions. Accordingly, it is ORDERED that the time from November 23, 2022 through February 1, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: October 12, 2022
White Plains, NY

_____
NELSON S. ROMAN
United States District Judge

Clerk of Court is requested to terminate the motion at ECF No. 53.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/12/2022___