# UNITED STATES DISTRICT COURT
### THE CHARLES L. BRIEANT, JR.
### FEDERAL BUILDING AND UNITED STATES COURTHOUSE
### 3OO QUARROPAS ST.
### WHITE PLAINS, NEW YORK 10601
### 914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

United States District Court
Southern District of New York

---------------------------------------------------------X

United States of America,

Plaintiff

-against-

Nicholas Skulstad,

Defendant

---------------------------------------------------------X

| | |
|---|---|
| USDC SDNY | |
| Document | |
| Electronically Filed | |
| Doc # | _____ |
| Date Filed:  November 10, 2022 | |

**SCHEDULING ORDER**

7:21-cr-00309-NSR

TO ALL PARTIES:

The Court has scheduled a change of plea hearing for 11/16/2022 at 10 am before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

Please refer to the Court's website for the latest COVID protocols.

 As a reminder, DO NOT COME TO THE COURTHOUSE if you have any symptoms of COVID-19, which include fever, cough, shortness of breath, difficulty breathing, extreme fatigue, nausea, vomiting, congestion, runny nose, muscle aches, body aches, headache, sore throat, new loss of taste or smell, and diarrhea. Please keep in mind that the symptoms of COVID-19 often resemble those of a mild common cold or allergies. Please err on the side of caution; stay home, and test if you have ANY symptoms.

Dated:  11/10/2022
        White Plains, New York

SO ORDERED:

s/        PED
_____

PAUL E. DAVISON
United States Magistrate Judge