UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

USA

                21 Cr. 00309-01 (NSR)

 - against -

NICHOLAS SKULSTAD,         ORDER ACCEPTING
                     PLEA ALLOCUTION
         Defendant.

--------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

  The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated November 16, 2022, is approved and accepted.

                     SO ORDERED.

                     _____
                     Hon. Nelson S. Román,
                     United States District Judge

Dated: White Plains, NY
    January 13, 2023



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2023