Court Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3 / 1 / 2023

UNITED STATES OF AMERICA

v.

NICHOLAS SKULSTAD

**Consent
Order of Restitution**

21 Cr. 309 (NSR)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Sam Adelsberg and Elinor Tarlow, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1.      **Amount of Restitution**

Nicholas Skulstad, the Defendant, shall pay restitution in the total amount of $8,495.45, pursuant to 18 U.S.C. § 3663A, to the victim of the offense charged in Count One.  The name, address, and specific amount owed to the victim are set forth in the Schedule of Victims, attached hereto as Schedule A.  Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

A.      **Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

B.      **Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.  Restitution shall be paid to the victim identified in the Schedule of Victims, attached hereto as Schedule A.

2.    **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable within 90 days of entry of this Judgment  pursuant to 18 U.S.C. § 3572(d)(1).

3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online.

Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

2023.2.16                                        2

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

[INTENTIONALLY LEFT BLANK]

2023.2.16

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s/_____        3/1/27
Sam Adelsberg / Elinor Tarlow                DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-2494/1036

By: _____              3/1/23
Nicholas Skulstad                          DATE

By: _____              3/1/23
Howard E. Tanner                           DATE
175 Main Street, Suite 800
White Plains, NY 10601
Tel: (914) 358-5998


SO ORDERED:
_____                  03/01/2023
HONORABLE NELSON S. ROMAN                  DATE
UNITED STATES DISTRICT JUDGE

2023.2.16                           4

## SCHEDULE A

<u>Victim</u>:
Metro North Railroad
420 Lexington Ave
New York, NY 10170

<u>Restitution Amount</u>:
$8,495.45