UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

UNITED STATES OF AMERICA,                    :

    -against-                                              :                    21 Cr. 309 (NSR)

NICHOLAS SKULSTAD,                            :                    ORDER TO EXONERATE BOND


                          Defendant     :

———————————————————————x

Hon. Nelson S. Roman, United States District Judge:

       IT IS SO ORDERED that the cash bond posted by the surety designated below, securing the Appearance of Defendant Nicholas Skulstad (ECF Doc No. 26), in the amount of Twenty Thousand ($20,000) Dollars, is **hereby exonerated**.

       IT IS FURTHER ORDERED that the Clerk of Court shall release and return forthwith the aforesaid posted cash bond to the following surety:

Name of Surety:     Joanne Skulstad
Address:             20 Riverside Place, Dobbs Ferry, New York 10522


SO ORDERED:

_____
Honorable Nelson S. Roman
United States District Judge
Southern District of New York

Dated:  March __2__, 2023
White Plains, New York

**Clerk of Court is requested to terminate the motion at ECF No. 68.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/2/2023_____