**MEMO ENDORSED**

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

**Deft's request for modification of one of the conditions of Supervised Release - from home detention with electronic monitoring to home detention with GPS, to permit Deft. to start work at his parents' deli, is GRANTED without objection by the Probation Officer and with no position taken by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 76.
Dated: White Plains, NY
August 4, 2023**

SO ORDERED:

_/s/ Nelson S. Roman_
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

August 3, 2023

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re:   *USA v. Nicholas Skulstad*, 21 Cr. 309 (NSR)
      <u>Letter Motion to Modify Home Detention</u>

Dear Judge Roman:

The above defendant, Nicholas Skulstad, was sentenced by Your Honor on March 1, 2023 and sentenced to time served (208 days) to be followed by three years' Supervised Release, with special condition of home detention enforced by electronic monitoring for the first nine months. (ECF Doc. No. 73). I am informed by the Probation Office that the defendant has been totally compliant with all Supervised Release conditions since imposition of sentence, including attendance at mental health and substance abuse treatment and his medication. The defendant has therefore now been fully compliant with every condition imposed, with not a single misstep, since his pretrial release on bond on November 12, 2021. (ECF Doc No. 26).

After approximately five months of home detention, Nick wishes to be able to go to work at his parents' deli in Manhattan, on a schedule approved by Probation. Nick's parents are in full support as he would be a great help to them and this would be a very positive step for him. I therefore write to the Court to request modification of home detention with electronic monitoring, to home detention with GPS, to allow Nick to start work.

I've spoken with USPO Joseph Lombardo who informs me that Probation has no objection to this application. AUSA Elinor Tarlow informs me that the Government takes no position.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

_/s/ Howard E. Tanner_
Howard E. Tanner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **08/04/2023**

cc:   AUSA Elinor Tarlow (By ECF and Email/PDF)
      AUSA Samuel Adelsberg (By ECF and Email/PDF)
      USPO Joseph Lombardo (By Email/PDF)